PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721
 (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00053-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GABRIEL MATA, | DATE: August 16, 2023 |
| Defendant. | TIME: 1 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on August 16, 2023.

2.     By this stipulation, defendant and government now move to set the matter for a change of plea hearing on September 5, 2023, at 10:00 a.m. and to exclude time between August 16, 2023, and September 5, 2023, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

    a)     The government has provided initial discovery and is looking into whether there is supplemental discovery that needs to be received for production.

    b)     The defendant wishes to plead guilty without a plea agreement.

    c)     The defendant agrees and stipulates that time should be excluded for the

1

aforementioned reasons.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 16, 2023 to September 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated: August 7, 2023          PHILLIP A. TALBERT
                  United States Attorney

                  /s/ LAUREL J. MONTOYA
                  LAUREL J. MONTOYA
                  Assistant United States Attorney

**[Remainder of this page intentionally left blank.]**

Dated:  August 7, 2023                    /s/ GRIFFIN ESTES
                                          GRIFFIN ESTES
                                          Counsel for Defendant
                                          GABRIEL MATA

**ORDER**

IT IS SO ORDERED.

DATED: 8/8/2023                 _____Sheila K. Oberto_____
                                THE HONORABLE SHEILA K. OBERTO
                                UNITED STATES MAGISTRATE JUDGE