UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GABRIEL MATA,<br><br>　　　　　Defendant. | Case No.: 1:23-CR-00053-1-JLT;<br>Appeal No.: 23-4355<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint him counsel. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

　　1.　　David A. Schlesinger be appointed to represent the above defendant in this case effective *nunc pro tunc* to January 10, 2043 on appeal. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

　　Dated:　**January 12, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE