```
FILED
Dec 18, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>**GABRIEL MATA**<br><br>                Defendant. | CR NO: 1:23-cr-00053-JLT-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Gabriel Mata | |
| Detained at | Victorville Medium I FCI | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: Escape (Resentencing Hearing) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on February 18, 2025 at 9:00 a.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Laurel J. Montoya |
| Printed Name & Phone No: | Laurel J. Montoya 559-497-4007 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, February 18, 2025 at 9:00 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Dec 18, 2024**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | USM#: 79012-097 | DOB: | 03/06/1994 |
| Facility Address: | 13777 Air Expressway Blvd., Victorville | Race: | |
| Facility Phone: | 760-246-2400 | FBI#: | 401190FH0 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

                (signature)