1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  GRIFFIN ESTES, Bar #322095
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721
   Tel: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   GABRIEL MATA

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:23-cr-00053-JLT-SKO

12           Plaintiff,                STIPULATION TO CONTINUE
                                       SENTENCING HEARING; ORDER
13       vs.
                                       JUDGE: Hon. Jennifer L. Thurston
14  GABRIEL MATA,

15           Defendant.

16

17

18       IT IS HEREBY STIPULATED by and between the parties, through their respective

19  counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant

20  Federal Defender Griffin Estes, counsel for defendant Gabriel Mata that:

21     (a) Mr. Mata's sentencing date is currently scheduled for February 18, 2025.

22     (b) The parties are requesting, and hereby stipulate, that the Court continued Mr. Mata's

23         sentencing hearing to April 21, 2025.

24     (c) Counsel for Mr. Mata requires additional time to prepare for the sentencing hearing.

25  //

26  //

27  //

28  //

-1-

Mata: Stipulation

Respectfully submitted,

MICHELLE BECKWITH
Acting United States Attorney

Date: January 27, 2025

*/s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 27, 2025

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
GABRIEL MATA

## **ORDER**

Upon the parties' stipulation and for good cause shown, Mr. Mata's sentencing hearing is hereby continued to April 21, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **January 27, 2025**

UNITED STATES DISTRICT JUDGE

-2-

Mata: Stipulation